

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00165-CV

S&B CONSULTING GROUP, LLC, SIMPSONBLACK CONSULTING GROUP, LLC, AND JENNIFER SIMPSON BLACK

APPELLANTS

V.

CHERYL DIETZMAN D/B/A DS BADER AND ASSOCIATES

APPELLEE

------------

### FROM COUNTY COURT NO. 2 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

After the trial court granted summary judgment in favor of appellee Cheryl Dietzman d/b/a DS Bader & Associates, appellant Jennifer Simpson Black filed a pro se notice of appeal with regard to herself, S&B Consulting Group, LLC, and SimpsonBlack Consulting Group, LLC.

---
[1]See Tex. R. App. P. 47.4.

On May 28, 2014, we notified Black of our concern that we lacked jurisdiction over the appeals of S&B Consulting Group, LLC and SimpsonBlack Consulting Group, LLC because a corporation may not appear in court through its officers who are not attorneys, and a notice of appeal filed by such an officer is not effective. *See Globe Leasing, Inc. v. Engine Supply & Mach. Servs.*, 437 S.W.2d 43, 45 (Tex. Civ. App.—Houston [1st Dist.] 1969, no writ); *see also Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (stating that generally, a corporation may be represented only by a licensed attorney, and an individual must appear in person or by an attorney). We informed Black that the appeals of S&B Consulting Group, LLC and SimpsonBlack Consulting Group, LLC would be dismissed for want of jurisdiction unless she or any party desiring to continue the appeals filed with the court a response showing grounds for continuing the appeals. Because Black's response does not show grounds for continuing the appeals of S&B Consulting Group, LLC and SimpsonBlack Consulting Group, LLC, we dismiss these appeals, *see* Tex. R. App. P. 42.3(a), 43.2(f), and restyle the remaining appeal as *Jennifer Simpson Black v. Cheryl Dietzman d/b/a DS Bader & Associates*.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  June 26, 2014